[No. 7668–0–I.   Division One.   October 6, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
EDWIN MELIN, *Appellant.*

Appeal from a judgment of the Superior Court for Island
County, No. 2801, Richard L. Pitt, J., entered June 4, 1979.
*Reversed* and *remanded* by unpublished opinion per
Andersen, J., concurred in by Callow, C.J., and Swanson, J.

[No. 7664–7–I.   Division One.   October 6, 1980.]

JOHN W. MILLS, ET AL, *Appellants,* v. CIVIL SERVICE
COMMISSION, CITY OF ANACORTES, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 39362, Harry A. Follman, J., entered
November 20, 1978. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by James, A.C.J., and Williams,
J.

[No. 7657–4–I.   Division One.   October 6, 1980.]

ROBERT FERGUSON, ET AL, *Appellants,* v. DOYLE D.
PARKS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78-2–01878–3, Dennis J. Britt, J.,
entered May 3, 1979. *Affirmed* by unpublished opinion per
Durham–Divelbiss, J., concurred in by Swanson and Ring-
old, JJ.